**STATE OF FLORIDA,** on the relation of Hendry Corporation, a Florida Corporation, v. J. M. LEE, as Comptroller of the State of Florida.

22 So. (2nd) 810                                June Term, 1945
July 20, 1945                                   En Banc

*Keen, Allen & O'Kelley,* for relator.

*J. Tom Watson,* Attorney General and *George M. Powell,* Assistant Attorney General, for respondent.

PER CURIAM:

The motion to quash the alternative writ is denied on authority of State ex rel. Russell Badgett et al., v. J. M. Lee, Comptroller, filed this day.

CHAPMAN, C. J., TERRELL, BROWN, BUFORD, THOMAS, ADAMS, and SEBRING, JJ., concur.

**STATE OF FLORIDA,** on the Relation of John Price, Trading and Doing Business as Okeechobee Construction Company, v. J. M. LEE, as Comptroller of the State of Florida.

22 So. (2nd) 812                                June Term, 1945
July 20, 1945                                   En Banc

*Keen, Allen & O'Kelley,* for relator.

*J. Tom Watson,* Attorney General and *George M. Powell,* Assistant Attorney General, for respondent.

PER CURIAM:

The motion to quash the alternative writ is denied on authority of State ex rel. Russell Badgett et al., v. J. M. Lee, Comptroller, filed this day.

CHAPMAN, C. J., TERRELL, BROWN, BUFORD, THOMAS, ADAMS, and SEBRING, JJ., concur.